UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL O. RUIZ,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 19-CV-01928-LHK<br><br>**ORDER RELATING CASES**<br><br>Re: Dkt. Nos. 15-27, 29, 30 |

Plaintiff is a California state prisoner incarcerated at the Correctional Training Facility ("CTF"). Proceeding *pro se*, plaintiff filed a civil rights complaint under 42 U.S.C. § 1983 against defendants Ralph Diaz, Acting Secretary for the California Department of Corrections and Rehabilitation ("CDCR") ("Secretary Diaz"); Kathleen Allison, Acting Undersecretary for CDCR ("Undersecretary Allison"); and Craig Koenig, Acting Warden for CTF ("Warden Koenig").

Following the filing of plaintiff's complaint, other prisoners at CTF filed identical complaints against the same defendants ("CTF Cases"). Fifteen of the CTF Cases have been referred to the undersigned for a determination of whether the cases should be related. *See* Dkt. Nos. 15-27, 29, 30 (referring cases). The Court finds that, within the meaning of Local Rule 3-12, these fifteen cases are related to the instant matter.

1

Accordingly, the Clerk shall reassign the following fifteen cases to the undersigned:

- Acuna v. Diaz, Case No. 19-CV-1969-YGR (PR)
- Salgado v. Diaz, Case No. 19-CV-1970-HSG
- Cruz v. Diaz, Case No. 19-CV-1974-JSW
- Borjas v. Diaz, Case No. 19-CV-2038-PJH
- Anguiano v. Diaz, Case No. 19-CV-2039-SI
- Maldonado v. Diaz, Case No. 19-CV-2081-RS (PR)
- Espinoza v. Diaz, Case No. 19-CV-2115-EMC
- Madrigal v. Diaz, Case No. 19-CV-2130-JSW
- Hernandez v. Diaz, Case No. 19-CV-2135-SI
- Bogarin v. Diaz, Case No. 19-CV-2179-CRB (PR)
- Martinez v. Diaz, Case No. 19-CV-2180-HSG
- Silva v. Diaz, Case No. 19-CV-2185-JST
- Blanco v. Diaz, Case No. 19-CV-2187-YGR (PR)
- Villagrana v. Diaz, Case No. 19-CV-2272-WHO (PR)
- Plascencia v. Diaz, Case No. 19-CV-2396-SI

**IT IS SO ORDERED.**

DATED: 5/14/2019

LUCY H. KOH
UNITED STATES DISTRICT JUDGE