1  XAVIER BECERRA
   Attorney General of California
2  DAMON G. MCCLAIN
   Supervising Deputy Attorney General
3  PREETI K. BAJWA
   Deputy Attorney General
4  State Bar No. 232484
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 879-0980
    Fax:  (510) 622-2270
7   E-mail:  Preeti.Bajwa@doj.ca.gov
   *Attorneys for Defendants*
8  *R. Diaz, G. Viera Rosa, and C. Koenig*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE CTF GP PRISONER LITIGATION: DANIEL P. CRUZ, et. al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**R. DIAZ, et al.,** | 5:19-CV-1974-LHK<br><br>**DEFENDANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE**<br><br>Judge: The Honorable Lucy H. Koh<br>Trial Date: n/a<br>Action Filed: November 20, 2019 |

Defendants Diaz, Viera Rosa, and Koenig respond to this Court's Order to Show Cause.

On July 13, 2020, defense counsel was contacted by the Correctional Training Facility (CTF), the institution where Plaintiff Ambrosio Villagrana (CDCR No. C84430) is presently housed, and informed that Villagrana had appeared before his Unit Classification Committee (UCC) on June 30, 2020, which had recommended him for transfer to a Non-Designated Programming Facility (NDPF). (Decl. of Preeti K. Bajwa (Bajwa Decl.) ¶ 6.) Defense counsel was informed that Diana Cruz, who referred to herself as Villagrana's inmate advocate, was inquiring about this recommendation. (*Id.*)

1

Defs.' Response Order to Show Cause  (5:19-CV-1974-LHK)

Because Villagrana brought this case objecting to a transfer to a NDPF, defense counsel contacted CDCR to inquire about Villagrana's status. (Bajwa Decl. ¶ 7.) Counsel was informed that Villagrana was only recommended for a transfer and not endorsed nor was he scheduled for transfer to a NDPF. (*Id.*)

CDCR reviewed the matter further, and on July 14, 2020, determined that Villagrana would not be endorsed for transfer. (Decl. of C. Thompson ("Thompson Decl.") ¶¶ 3-6.) Defense counsel was informed of the same. (Bajwa Decl. ¶ 8.)

Further, to ensure that Villagrana and his advocate, Diana Cruz, understand that Villagrana will not be transferred, this information has now been communicated to them. (*See* Bajwa Decl. ¶ 9; Decl. of E. Galvan ("Galvan Decl.") ¶ 2, Exhibit A.)

Based on the above information and the Declarations provided in support of this response, Defendants did not make any misrepresentation to the Court. Villagrana's housing situation remains the same—he is not scheduled to be moved or transferred to a NDPF. (Thompson Decl. ¶¶ 5-6.) Accordingly, no temporary restraining order is necessary.

Dated: August 25, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General

*/s/ Preeti K. Bajwa*
PREETI K. BAJWA
Deputy Attorney General
*Attorneys for Defendants Diaz, Viera Rosa, and Koenig*

SF2019202635
91281904

2

Defs.' Response Order to Show Cause (5:19-CV-1974-LHK)