XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
PREETI K. BAJWA
Deputy Attorney General
State Bar No. 232484
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0980
 Fax:  (510) 622-2270
 E-mail:  Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendants*
*R. Diaz, K. Allison, and C. Koenig*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE CTF GP PRISONER LITIGATION: DANIEL P. CRUZ, et. al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**R. DIAZ, et al.,** | 5:19-CV-1974-LHK<br><br>**DECLARATION OF C. THOMPSON IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge:  The Honorable Lucy H. Koh<br><br>Action Filed:  November 20, 2019 |

I, C. THOMPSON, declare:

1. I am a Correctional Counselor III employed by California Department of Corrections and Rehabilitation (CDCR) in the Classification Services Unit.  In this capacity, I review inmates' classifications to ensure they are appropriately housed based on each inmate's security and safety concerns.  I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, would do so.  I submit this declaration in support of Defendants' Response to Court's Order to Show Cause (ECF No. 53).

2. The classification of an inmate begins when they are received into CDCR's custody.

1

C. Thompson Decl. Supp. Defs.' Resp. Order to Show Cause  (5:19-CV-1974-LHK)

A Unit Classification Committee (UCC) reviews each inmate's case at least annually to consider the accuracy of the inmate's classification score, custody designation, program, work and privilege group, and facility placement, including recommendation for a transfer. Factors reviewed include the inmate's date of birth or age, term status, county of commitment, commitment offense, length of sentence, when the inmate was received into CDCR's custody, county of last legal residence, escape-related convictions, current or potential holds, arson-related arrests or convictions, sex-related arrests or convictions, current custody score, current security level, current custody designation, the reason the inmate was transferred to his current institution, eligibility status for special programs, work and privilege group assignments, enemy or security threat group concerns, confidential information, medical/psychiatric/disability concerns, proximity to family, and any other relevant information. These factors are considered in their totality. An inmate's preferred action or transfer and the reasons for his preference are also taken into consideration

3. On June 30, 2020, inmate Ambrosio Villagrana (CDCR No. C84430) appeared before the UCC. The UCC reviewed Villagrana's file, noting that he is 58 year old, serving a life sentence with the possibility of parole for murder. Based on Villagrana's case factors, including his behavior while in custody, he was determined to be appropriate for housing in a Non-Designated Programming Facility (NDPF). Accordingly, the UCC recommended Villagrana for transfer to a NDPF either at CTF's Level I facility or Sierra Conservation Center's Level I facility.

4. A recommendation for transfer does not mean an inmate will be transferred. Rather, if a committee recommends an inmate for transfer, the case is then referred to the Classification Staff Representative who will review an inmate's case before endorsing the inmate for transfer or rejecting the recommendation for transfer. Reasons for rejecting a transfer can include health factors, security concerns, and/or litigation considerations.

5. On July 14, 2020, I was provided with Villagrana's case. Upon review of Villagrana's file, it was determined that although the recommendation to an NDPF was accurate based on his case factors, at this time, Villagrana will remain in his current housing, as a general

2

C. Thompson Decl. Supp. Defs.' Resp. Order to Show Cause (5:19-CV-1974-LHK)

population inmate in CTF's Level II cell housing. This decision was partly based on the fact that the Attorney General's Office had informed us that Villagrana should not be transferred because he is currently litigating the issue whether his transfer to a NDPF would violate his rights. But even if Villagrana were not currently litigating that issue, he would not be moved at this time. Transfers are currently disfavored unless absolutely necessary because of health risks related to COVID-19, including limited bed availability due to social distancing requirements. In light of Villagrana's age, retaining him in his current location reduces his risk of contracting the virus.

6. Accordingly, the Classification Staff Representative denied the recommendation for transfer, and Villagrana remains a general-population inmate in his current housing.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 25, 2020, in Sacramento, California.

/s/ C. Thompson
C. Thompson
Correctional Counselor III
Classification Services Unit, CDCR

SF2019202635
91281906

3

C. Thompson Decl. Supp. Defs.' Resp. Order to Show Cause (5:19-CV-1974-LHK)