XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
PREETI K. BAJWA
Deputy Attorney General
State Bar No. 232484
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0980
 Fax:  (510) 622-2270
 E-mail:  Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendants*
*R. Diaz, G. Viera Rosa, and C. Koenig*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE CTF GP PRISONER LITIGATION: DANIEL P. CRUZ, et. al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**R. DIAZ, et al.,** | 5:19-CV-1974-LHK<br><br>**DECLARATION OF E. GALVAN IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge:   The Honorable Lucy H. Koh<br><br>Action Filed:  November 20, 2019 |

I, E. GALVAN, declare:

1. I am an Acting Captain employed by California Department of Corrections and Rehabilitation (CDCR) at the Correctional Training Facility (CTF).  I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, would do so.  I submit this declaration in support of Defendants' Response to Court's Order to Show Cause (ECF No. 53).

2. Attached as Exhibit A is a true and correct copy of the correspondence provided to inmate Ambrosio Villagrana and Diana Cruz, inmate advocate for inmate Villagrana.

1

Galvan Decl. Supp. Defs.' Resp. Order to Show Cause  (5:19-CV-1974-LHK)

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 25, 2020, in Sacramento, California.

/s/ E. Galvan
E. Galvan
(A) Captain, Correctional Training Facility

SF2019202635
91281969

2

Galvan Decl. Supp. Defs.' Resp. Order to Show Cause (5:19-CV-1974-LHK)

**EXHIBIT A**

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

DIVISION OF ADULT INSTITUTIONS
**CORRECTIONAL TRAINING FACILITY**
PO Box 686
Soledad, CA 93960-0686

GAVIN NEWSOM, GOVERNOR



July 17, 2020

Diana Cruz

Dear Ms. Cruz,

Thank you for expressing your concerns regarding the well-being and safety of inmate Ambrosio Villagrana (CDCR# C84430) following a Unit Classification Committee (UCC) recommendation that he be transferred to a Non Designated Programming Facility (NDPF). The Correctional Training Facility (CTF) adheres to all policies and all local operational procedures set forth by the Department. NDPFs are an integral part of the California Department of Corrections and Rehabilitation's (CDCR) effort to maximize rehabilitative and treatment opportunities for inmates. NDPFs serve to provide greater access to programs for inmates who demonstrate positive programming, regardless of prior Sensitive Needs Yard (SNY) or General (GP) designations. NDPFs are intended to provide an environment focused on positive rehabilitative programming for inmates who wish to abstain from destructive cycles of violence.

Inmate Villagrana was advised that he may be transferred to an NDPF yard, where it is expected that all inmates will program together within the mission of the facility and comply with integrative housing expectations, regardless of prior GP or SNY designations. Additionally, CTF informed him that additional privileges and programming were available beyond those normally found at a Level II facility; including rehabilitative programs such as Education, Vocation, and Substance Use Disorder Treatment. Moreover, CTF informed him that the goal of CDCR is to implement NDPFs that do not identify as either SNY or GP. The UCC's transfer recommendation is non-adverse in nature.

Although the recommendation to an NDPF was accurate based on his case factors, it was determined that at this time, Inmate Villagrana will remain as a GP inmate in CTF's Level II cell housing.

If you have any further questions or comments regarding this matter, you may contact the CTF Litigation Coordinator at:

Correctional Training Facility
Litigation Coordinator
P.O. Box 686
Soledad, CA 93960

Sincerely,

C. KOENIG
Warden
Correction Training Facility