1  XAVIER BECERRA
   Attorney General of California
2  DAMON G. MCCLAIN
   Supervising Deputy Attorney General
3  PREETI K. BAJWA
   Deputy Attorney General
4  State Bar No. 232484
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 879-0980
    Fax:  (510) 622-2270
7   E-mail:  Preeti.Bajwa@doj.ca.gov
   *Attorneys for Defendants*
8  *R. Diaz, G. Viera Rosa, and C. Koenig*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE CTF GP PRISONER LITIGATION: DANIEL P. CRUZ, et. al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**R. DIAZ, et al.,** | 5:19-CV-1974-LHK<br><br>**PROOF OF SERVICE**<br><br>Judge:　　　The Honorable Lucy H. Koh<br>Trial Date:　　n/a<br>Action Filed:　November 20, 2019 |

1

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **In re CTF GP Prisoner Litigation: Cruz, Daniel P., et al. v. K. Allison, et al.**
Case No.: **5:19-CV-1974-LHK**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On August 25, 2020, I served the attached

**DEFENDANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

**DECLARATION OF PREETI K. BAJWA IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

**DECLARATION OF C. THOMPSON IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

**DECLARATION OF E. GALVAN IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE with EXHIBIT A**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1515 Clay Street, 20th Floor, Oakland, CA 94612-0550, addressed as follows:

Daniel Paul Cruz K24915
Correctional Training Facility
P.O. Box 686
Soledad, CA  93960-0686

Abraham Madrigal BE8873
Correctional Training Facility
P.O. Box 686
Soledad, CA  93960-0686

Ambrosio Villagrana C84430
Correctional Training Facility
P.O. Box 686
Soledad, CA  93960-0686


I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 25, 2020, at Oakland, California.

|              T. Dienas              |            /s/ T. Duenas            |
|:-----------------------------------:|:-----------------------------------:|
|              Declarant              |              Signature              |

SF2019202635